SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _Onondaga_

_Tamika Graves_

_____

_____

(Names of Plaintiff(s)/Petitioner(s))

**VS**

_____

_Syracuse Police_

_Department_

(Names of Defendant(s)/Respondent(s))

**To the Person(s) Named as Defendant(s) Above:**

Doc ID: *062488110004 Type: COU
Kind: SUPREME
Recorded: 05/21/2026 at 12:10:16 PM
Fee Amt: $0.00 Page 1 of 4
Transaction: SUMMONS AND COMPLAINT
Onondaga County, NY
Emily Essi Bersani County Clerk

## SU-2026-005465

**Summons**

Index No. ___RECEIVED___

MAY 27 2026

_11:01_
Office of the Corporation Counsel
Initials: _NS_

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: ___05-21-___ . 20_26_
(Date of Summons)

_Tomika Graves_
(Plaintiff(s) name - person bringing on lawsuit)
_719 Valley dr Apt 1_
(Plaintiff(s) street address)
_Syracuse ny  13207_
(Plaintiff(s) city, state, zip)
_315-380-6515_
(Plaintiff(s) telephone no.)

_Syracuse Police department_
(Defendant(s) name - person(s) sued)
_1153 west fayette st_
(Defendant(s) street address)
_Syracuse ny  13204_
(Defendant(s) city, state, zip)

Venue:    Plaintiff(s) designate(s) _Onondaga_ County as the place of trial. The basis of this designation is: (Enter County above; then select one category below, listing specific County)

☐    Plaintiff(s)' Residence in _Onondaga_ County.
☐    Defendant(s)' Residence in _Onondaga_ County.
☐    Other -- Describe: _____.

**NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
--------------------------------------------------------------x

Tomika Groves, Plaintiff,

- against -

The City of Syracuse

Defendant.
--------------------------------------------------------------x

Index No._____

**COMPLAINT**

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Tomika Graves , respectfully

shows and alleges as follows:

Plaintiff Tomika Groves who REsides in Syracuse, NY Defendant is the City of Syracuse and it's Employee's including members of the Syracuse police department 3, on or about 12-01-2024 at or near Amherst Ave Syracuse, NY Plaintiff was wrongfully detained, bel Here the Officer Use Expessive force and Humilated by police officers acting under color of law Plaintiff Alleges that officers lack proper cause and violated Civil and Constitutional Rights Plaintiff alleges that on July 18 2025 at or near 1116 Butternut st syrcuse NY SHe as in F SHe was subected to additonal unlawful treatment including being stripped naked during police actions by the same officer Plaintiff seeks monetary damges and any other Relief Court deems proper

5.                              **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

THe af on or About 12-01-24 11-11-23 07-18-25 THe Defendent officers acting under color of law and within their official postion's, unlawsully detained Plaintiff and Arrested plainhiff w.tlout Probale cause was mis.densified as another individual leading to wrongful arrest despite no valid legal basis All charges Related to all incident was drop

### SECOND CAUSE OF ACTION

violation of Oueproces

Our Defendants failed to properly investigate and Verify Pla.ntiff's identity before depriving Plainiff of liberty. actions were Reckless negligent andor del.berately indifferent to Constitutional Right's Resulting in unlawful detention and Emotional and financial Harm

### THIRD CAUSE OF ACTION

Defendant owed Plaintiff a duty to Exercise Reasonable Care in Conducting the investigation and Arrest Procedures. Defendants Breached that duty by failing to verify Identifying information and by arresting the wrong individual Causing plaintiff damages including Emotional distress Humiliation loss of opportunities and other injures multiple Charges Had Been dropped

114 Rosemont    11-23-2023
1116 Butternut    2023 - 2026
128 Atton Herjr    12-01-2023
128 Antler 04-20-2026

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

1. compensatory damages in an amount to be Determined at trial for Emotional distress, loss of liberty, Reputational Harm, and other injuries suffered by Plaintiff 2 Punitive damages against the individual Detendants for Reckless and unlawful conduct cost of this action and any other Relief the court deems proper such additional Relief the Court may consider fair and Equitable under the Circumstances

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05-21-2026

_____

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

STATE OF NEW YORK
COUNTY OF_____ss:

(County where notarized)

AFFIDAVIT OF SERVICE
BY MAIL

Index No. _____

I, _____, being duly sworn says, I am over 18

(Insert name of person who mails papers)

years of age and not a party to this action.

On _____, 20___, I mailed a true copy of the attached papers,

(Insert date papers mailed)

enclosed and properly sealed in a postpaid envelope, which I deposited in an official

depository under the exclusive care and custody of the United State Postal Services

within the State of New York addressed to:

_____
(Name of person)

Comeback

_____
(Sign your name in the presence of a Notary Public)

_____
(Print your name)

Sw_____

_____day of _____, 20___.

_____
Notary Public

